THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:12cv20

| | |
|---|---|
| ROGER K. WOLFF, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| RUTHERFORD HOSPITAL, INC. ) | |
| a/k/a RUTHERFORD REGIONAL ) | |
| HEALTH SYSTEM, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Plaintiff's Motion for Order of Voluntary Dismissal With Prejudice [Doc. 12].

For the reasons stated therein, the Plaintiff's Motion is granted.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion [Doc. 12] is **GRANTED**, and this matter is hereby **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

Signed: September 22, 2012

Martin Reidinger
United States District Judge